Case 6:06-cv-00960-GAP-KRS   Document 15   Filed 07/27/07   Page 1 of 2 PageID 161

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IRONWORKERS LOCAL UNION NO. 808, IRONWORKERS LOCAL UNION NO. 808 PENSION FUND, IRONWORKERS LOCAL UNION NO. 808 ANNUITY FUND, IRONWORKERS LOCAL UNION NO. 808 APPRENTICESHIP FUND, WADE A. IVEY, BILLY SHEFFIELD, GREGORY HOLMES, ALLEN PARKER, BILLY JOHNS, STANLEY DVORAK, JR., SOUTHEASTERN IRON WORKERS HEALTH CARE PLAN,**

      **Plaintiffs,**

-vs-                                         **Case No. 6:06-cv-960-Orl-31KRS**

**DE LA PUERTA, INC.,**

      **Defendant.**

## ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 12) filed January 18, 2007.

On July 11, 2007, the United States Magistrate Judge issued a report (Doc. No. 14) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Motion for Default Judgment is **GRANTED**. The Plaintiffs are directed to submit a proposed judgment in the amount of $97,659.57 plus pre-judgment interest calculated as of July 26, 2007. Upon review of that document, the Court will direct the clerk to enter judgment against the defendant in the proper amount.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 26th day of July, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party