# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IRONWORKERS LOCAL UNION NO.
808, IRONWORKERS LOCAL UNION
NO. 808 PENSION FUND,
IRONWORKERS LOCAL UNION NO. 808
ANNUITY FUND, IRONWORKERS
LOCAL UNION NO. 808
APPRENTICESHIP FUND, WADE A.
IVEY, BILLY SHEFFIELD, GREGORY
HOLMES, ALLEN PARKER, BILLY
JOHNS, STANLEY DVORAK, JR.,
SOUTHEASTERN IRON WORKERS
HEALTH CARE PLAN,

            **Plaintiffs,**

-vs-                                        **Case No.  6:06-cv-960-Orl-31KRS**

DE LA PUERTA, INC.,

            **Defendant.**

_____

## ORDER

On July 27, 2007, this Court granted the Plaintiff's Motion for Default Judgment (Doc. 12) and directed the Plaintiffs to submit a proposed judgment. (Doc. 15). Upon consideration of that proposed judgment (Doc. 16-2), the Clerk is directed to enter judgment for Plaintiffs and against Defendant in the total amount of $141,184.69. Thereafter, the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 21, 2007.

                                        GREGORY A. PRESNELL
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party