## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IRONWORKERS LOCAL 808,
et al,

                                        Case No. 6:06-CV-960-ORL-31KRS

vs.

DE LA PUERTA COMPANY, INC.,

_____/

### JUDGMENT IN A CIVIL CASE

**Decision by Court:**  This action came before the Court and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

   That the Plaintiffs, **IRONWORKERS LOCAL UNION NO. 808, et al.**, recover from the

Defendant, **DE LA PUERTA COMPANY, INC.**, the sum of $96,004.54 in principal; $21,762.56

in interest; an additional $21,726.56 pursuant to §1132 (g)(2)(C)(i); $1170.00 as attorney's fees and

$485.00 as costs, for a total amount of $141,184.69 with interest thereon of 4.91% provided by law.

Dated this 24th day of August, 2007.

                                        SHERYL L. LOESCH, CLERK

                         By: _____
                                        Deputy Clerk